In the US District Court for the District of Oregon

Benjamin Barber

vs

Pat Garrett, sheriff

Case no 19-CV-01631-YY

Motion to Request Copy of the Complaint

Plaintiff requests a copy of the Complaint, to comply with the order (ECF 9), instructing him to controvert the basis of Res Judicata that the facts contained in that Complaint and the one in Case no 18cv00855-AC were "virtually identical".

Plaintiff is unable to photocopy in Washington County jail, so he does not have a copy of his own, he is unable to afford a copy request from the clerk of the court, and he does not have CM/ECF priviliges

Date 11-13-2019                                  Ben Barber