In the U.S. District Court for the District of Oregon

| | |
|---|---|
| Benjamin Barber, | Case No.    3:19-cv-01631-YY |
| Vs | Leave to File Sealed Documents |
| Oregon, et al | |

Comes now the defendant, Pro-se, to compel the court to allow the plaintiff to file copies of the exhibits sealed so as to prevent the spoilation of evidence, and prosecution of other people from 4chan who have been re uploading barber's "revenge porn".

Sites included that currently host the pornography:

BBWTubeSexy

Albino

YouPorn

Hotmovs

LONG

Pornhub

TNAFLIX

PornZog

TXXX

sss

TNAFlix

HDZOG

Hclips

Tube3

Porn4e

Date 12/5/2019                                            /s/ Benjamin Barber