In the U.S. District Court for the District of Oregon

| | |
|---|---|
| Benjamin Barber, | Case No.   3:19-cv-01631-YY |
| Vs | Copy of State Trial Transcripts<br>A163768 State v. Barber |
| Oregon, et al | |

Date 12/5/2019                                    /s/ Benjamin Barber