

# WASHINGTON COUNTY SHERIFF'S OFFICE

**Conserving the Peace Through Values Driven Service**
**Sheriff Pat Garrett**

December 12, 2019

Mary L. Moran, Clerk of Court
U.S. District Court – District of Oregon
1000 SW Third Avenue
Portland OR 97204-2802

Dear Ms. Moran,

On September 4, 2018, the Washington County Sheriff's Office received a copy of an Order to Collect Inmate Filing Fee pertaining to inmate Benjamin Barber (BENJAMIN BARBER v. PAT GARRETT, et al., Case No. 3:18-cv-01257-AC. That order was followed by two later orders to Proceed *In Forma Pauperis* and to Collect Inmate Filing Fee: BENJAMIN BARBER, ID No. 17-07936 v. OREGON, et al., Case No. 3:18-cv-00855-AC (received 12/27/18); and BENJAMIN BARBER, Inmate No. 19-03313 v. STATE OF OREGON, et al., Case No. 3:19-cv-01631-YY (received 11/15/19).

Mr. Barber was released from custody of the Washington County jail on November 29th. From the time the first order was received until the time of his release, Mr. Barber's trust account never exceeded ten dollars. Accordingly, no funds have been collected for any of the three orders.

Sincerely,

Amy Timshel
Amy Timshel
Jail Accounting Specialist
Washington County Sheriff's Office